JOSEPH G. KESSLER v. EASTERN ZINC REFINING COMPANY.— Application denied, with ten dollars costs. Stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

REBECCA MAYER v. ARTHUR ROTHSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SOPHIE R. H. LEVY v. COMMERCIAL TRUST COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARK FRIEDNER v. JACOB SCHENCK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WALTER C. NOYES v. FIRST NATIONAL BANK OF NEW YORK.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

M. WITMARK & SONS v. HALL-BERWIN COMPANY.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

M. WITMARK & SONS v. HALL-BERWIN COMPANY.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM FRANKENBERG v. SAMUEL PERLMAN.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

W. H. McELWAIN COMPANY v. LUIGI PRIMAVERA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HENRY B. SLAYBACK v. HOWARD T. ALEXANDER.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of GEORGE H. HOPPER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HELBURN THOMPSON COMPANY v. ALL AMERICAN MERCANTILE COMPANY.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MURTHA v. BURDETTE G. LEWIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROBERT HOLMES v. EMILY L. JONES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FOUR HUNDRED AND SIXTY-ONE EIGHTH AVENUE COMPANY v. CHILDS COMPANY. METROPOLITAN LIFE INSURANCE COMPANY v. CHILDS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE JACOBSEN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke. P. J., Laughlin, Dowling, Smith and Page, JJ.